in respect to this matter, however, is of little importance, in view of the fact that the judgment rendered by the justice is not a judgment of foreclosure, but is a simple money judgment, which there is not evidence enough to sustain. The testimony of the plaintiffs does show that in August and September, 1897, they did some work as masons in Prohibition Park, for which they have not been fully paid; but this work was done for two persons, named Wamster and Binney, who are not shown to have had any relations whatever with the National Prohibition Park Company, or even with any contractor employed by that corporation. Upon the proof set out in the return, there was no basis for a recovery against this appellant, and the justice should have dismissed the complaint. Judgment of county court and justice's court reversed, with costs.

JACOB, Respondent, v. E. V. CRANDALL CO., Appellant. (Supreme Court, Appellate Division, First Department. April 22, 1898.) Action by Julius Jacob against the E. V. Crandall Company. H. Horst, Jr., for appellant. W. K. Hall, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

JEWELERS' MERCANTILE AGENCY v. ROTHSCHILD et al. (Supreme Court, Appellate Division, First Department. May 6, 1898.) Action by the Jewelers' Mercantile Agency against Alonzo Rothschild and others. No opinion. Motion denied, with $10 costs.

JEWELERS' MERCANTILE AGENCY v. ROTHSCHILD et al. (Supreme Court, Appellate Division, First Department. May 20, 1898.) Action by the Jewelers' Mercantile Agency against Alonzo Rothschild and another. No opinion. Motion denied, with $10 costs.

JONES, Respondent, v. CLOSE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 7, 1898.) Action by Albert E. Jones against Charles J. Close and others. No opinion. Order reversed, without costs, and motion denied, without costs. See Robert Gore Bank v. Inman, 51 Hun, 98; Trumbull v. Ashley, 49 N. Y. Supp. 766.

JORDAN, Appellant, v. DALEY, Respondent. (Supreme Court, Appellate Division, Third Department. May 10, 1898.) Action by John J. Jordan against John Daley. No opinion. Judgment affirmed, with costs. All concur, except LANDON and HERRICK, JJ., dissenting.

KEIM et al., Respondents, v. McTEIGUE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 7, 1898.) Action by Joseph R. Keim and others against Francis X. McTeigue and others. No opinion. Judgment and order affirmed, with costs.

In re KNOWACK et al. (Supreme Court, Appellate Division, Fourth Department. May 7, 1898.) In the matter of application of Charles Knowack and Johanna Knowack for restoration of their four children, Frank Knowack, Gustave Knowack, Freddie Knowack, and Em Knowack, now in custody of Children's Aid S ciety of Rochester, N. Y. No opinion. Ord affirmed, without costs.

In re LANSING'S WILL. SCHWAMAN TRUAX et al. (Supreme Court, Appellate D vision, Third Department. May 10, 1898.) I the matter of the probate of the will of Jan E. Lansing, deceased. Action by Florence H Schwaman against Edgar L. Truax and Ber tha E. Deland. No opinion. Motion denied.

LAPORTE v. WELLS, FARGO & CO. (Su preme Court, Appellate Division, First Depart ment. May 13, 1898.) Action by George H Laporte against Wells, Fargo & Co. No opin ion. Motion granted, with $10 costs. See 4 N. Y. Supp. 292.

LAVERTY, Appellant, v. PRESIDENT ETC., OF DELAWARE & H. C. CO., Respond ent. (Supreme Court, Appellate Division, Third Department. May 4, 1898.) Action by Eliza beth J. Laverty, as administratrix, etc., against the president, etc., of Delaware & Hudson Ca nal Co. No opinion. Judgment affirmed, with costs.

LEHON, Appellant, v. JUDSON, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 7, 1898.) Action by John D. Lehon against Priscilla H. Judson, impleaded, etc. No opinion. Decline to consider the appeal, for the reasons stated by Dwight, J., in village of Palmyra v. Wynkoop, 53 Hun, 82; and see Thompson v. Stanley, 21 N. Y. Supp. 573.

LESHER v. SALVIN. (Supreme Court, Appellate Division, First Department. January 21, 1898.) Action by Arthur L. Lesher against Paul Salvin. No opinion. Motion denied. See 50 N. Y. Supp. 1129.

LEVY, Respondent, v. NASSAU ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 10, 1898.) Action by Bernard Levy against the Nassau Electric Railroad Company. No opinion. Judgment and order reversed, and new trial granted, costs to abide the event, unless, within 20 days, plaintiff stipulates to reduce recovery of damages to $3,000, and extra allowance proportionately, in which case the judgment as reduced is unanimously affirmed, without costs of this appeal to either party.

L. E. WATERMAN CO. v. WATERMAN. (Supreme Court, Appellate Division, First Department. May 6, 1898.) Action by L. E. Waterman Company against Austin A. Waterman. No opinion. Application denied. See 50 N. Y. Supp. 131.

LOWREY, Appellant, v. OLEAN ST. RY. CO. et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. May 7, 1898.) Action by Guy T. Lowrey against the Olean Street-Railway Company and Fairmount Improvement Company. No opinion. Order affirmed, with $10 costs and disbursements.